**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SVEN DEPICKERE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELADON GROUP, INC., BOBBY L. PEAVLER, AND PAUL A. WILL,<br><br>Defendants. | Case No. 2:17-cv-03319-JMV-MF<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that Plaintiff Sven Depickere ("Plaintiff") files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment. A class has not been certified. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

Furthermore, there are substantially similar actions pending against the same Defendants in the United States District Court for the Southern District of

New York styled as *Chavez v. Celadon Group, Inc. et al,* Docket No. 1:17-cv-02828 (S.D.N.Y. Apr 19, 2017) and *Teasdale v. Celadon Group, Inc. et al,* Docket No. 1:17-cv-03659 (S.D.N.Y. May 16, 2017) (collectively, the "SDNY Actions"), asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, arising from the same conduct as the instant action. Additionally, there are Lead Plaintiff motions pending in the SDNY Actions. This dismissal is without prejudice. Each party is to bear their own costs and fees.

Dated:   June 30, 2017

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

So Ordered:

_____   6/30/17
Judge John Michael Vazquez, U.S.D.J.   Date